```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    19cr129 (DLC)
                                        :
            -v-                         :    ORDER
                                        :
YOSTIN ORTIZ,                           :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference regarding the specifications of violation of supervised release scheduled for July 30 is moved to **July 29, 2025 at 2:30 PM** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         July 11, 2025

                                             _____
                                                     DENISE COTE
                                          United States District Judge